IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

Curtis B. Broadnax

Debtor(s)

CASE NO.: 17-22828
Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Please enter the appearance of Michael S. Neall and Michael S. Neall & Associates, P.C. as counsel for the Plaintiff, Glenn Estates Community Association, Inc., in the above captioned case.

/s/ MichaelS. Neall
Michael S. Neall, #25400
Michael S. Neall & Associates, PC
147 Old Solomons Island Road, Suite 400
Annapolis, Maryland 21401
(410) 757-9454

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___31st_____ day of __May____ 2018, I mailed a copy of the aforegoing Entry of Appearance and Request for Notices via the CM/ECF system or first class mail, postage prepaid to:

Curtis B. Broadnax
6206 Kinsey Terrace
Lanham, MD 20706

Sallye A Higgin
Law Offices of Sallye A Higgin
1629 K Street, Ste 300
Washington, DC  20006

Nancy Spencer Grigsby, *Trustee*
185 Admiral Cochrane Drive, Ste 240
Annapolis, MD 21401

/s/ Michael S. Neall
Michael S. Neall, #25400

File No: 10519.135